# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

CIVIL ACTION NO.: 2:25-cv-03181-DCN

| | |
|---|---|
| John Panico and Patricia Panico, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | **APPEARANCE OF COUNSEL** |
| ) | |
| Josh Marro. ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

I am admitted to practice in this court, and I appear in this case as counsel for John Panico and Patricia Panico.

Respectfully submitted,

                                      **MORGAN & MORGAN, P.A.**

                                      */s/ Cooper Klaasmeyer*
                                      COOPER KLAASMEYER, ESQ.
                                      SC Bar No.:   105795
                                      Federal ID:   14272
                                      4401 Belle Oaks Drive, Suite 300
                                      North Charleston, SC, 29405
                                      Phone:         (843) 973- 5438
                                      Fax:              (854) 429-6281
                                      cooper.klaasmeyer@forthepeople.com
                                      **Attorney for the Plaintiff**

Charleston, SC
May 8, 2025