# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| John Panico and Patricia Panico, ) | Civil Action No.  2:25-cv-03181-DCN |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JOINT 26(f) REPORT** |
| ) | |
| Joshua Marro, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case.  We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

Respectfully Submitted,

| MORGAN & MORGAN | THE MCKAY FIRM, P.A. |
|---|---|
| *s/Cooper Klaasmeyer* | *s/Julius W. McKay, II* |
| Kelsey H. Saalman, Esquire Fed. ID No. | Julius W. McKay, II, Fed. ID No. 2674 |
| Cooper Klaasmeyer, Esquire Fed. ID No. 14272 | Jacob A. Biltoft, Fed. ID No. 13787 |
| 4401 Belle Oaks Dr., Ste 300 North Charleston, SC 29405 | 3700 Forest Dr., Suite 404 (29204) |
| Office: (843) 973-5180 | P. O. Drawer 7217 |
| Direct Telephone: (854) 222-6506 | Columbia, SC  29202 |
| Emails: ksaalmann@forthepeople.com; | (803) 256-4645 |
| Cooper.klaasmeyer@forthepeople.com | Emails:  jaymckay@mckayfirm.com |
| | jbiltoft@mckayfirm.com |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendant*** |

CLAWSON AND STAUBES, LLC

*s/Christopher W. Nickels*
Christopher W. Nickels, Esquire
Fed. ID No. 7709
126 Seven Farms Drive, Suite 200
Charleston, South Carolina 29492
Phone:  (843) 577-2026
Direct:  (843) 720-0806
Fax:  (843) 722-2867
Email: chris@cslaw.com

June 9, 2025
Columbia, South Carolina