# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | | |
|---|---|---|
| John Panico and Patricia Panico, | ) | Civil Action No.   2:25-cv-03181-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **AMENDED SCHEDULING ORDER** |
| | ) | |
| Joshua Marro, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. Discovery may begin upon receipt of this order.

1. Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) was held on **May 20, 2025**.

2. Rule 26(a)(1) Disclosures: No later than **July 10, 2025** the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3. Rule 26(f) Report: No later than **July 10, 2025** the parties shall file a Fed. R. P. 26(f) report in the form attached to this order.

4. Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **September 29, 2025.**

5. Expert Witnesses: Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial, by the following dates:

        Plaintiff:     November 18, 2025
        Defendant:   December 20, 2025

6. Discovery:  Discovery shall be completed no later than **April 9, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

7. <u>Motions in Limine</u>: Motions in limine must be filed a**t least three weeks prior to jury selection**.

8. <u>Dispositive Motions</u>: All dispositive motions and all Daubert motions shall be filed on or before **May 9, 2026.**

9. <u>Mediation</u>: Pursuant to Local Civil Rules 16.04 – 16.12, mediation shall be completed in this case on or before **May, 31, 2026**. Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

10. <u>Trial</u>: This case will go to trial during the term of court beginning June 16, 2026.

**IT IS SO ORDERED.**

_____, 2025  
Charleston, South Carolina

_____  
David C. Norton  
United States District Judge