IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| John Panico and Patricia Panico, | ) | C/A No. 2:25-cv-3181 DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | AMENDED SCHEDULING |
| v. | ) | ORDER |
| | ) | |
| Joshua Marro, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants.

1. Rule 26(f) Report: No later than **July 10, 2025**, the parties shall file a Rule 26(f) Report.

2. Amendment of Pleadings: Any motions to join other parties and to amend the pleadings shall be filed by **September 29, 2025**.

3. Expert Witnesses: Parties shall file and service a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:

       Plaintiff:    **November 18, 2025**
       Defendant:  **December 20, 2025**

4. Discovery: Discovery shall be completed no later than **April 9, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline.

5. Motions in Limine: Motions in limine must be filed a**t least three weeks prior to jury selection**.

6. Dispositive Motions: All dispositive motions and all Daubert motions shall be filed on or before **May 9, 2026**.[1]

7. Mediation: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **May 31, 2026**.[2] Thirty (30) days prior to this, counsel for each

---

[1] The court routinely schedules hearings on substantive motions. The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.

[2] Standing Order to Conduct Mediation of Judge Norton, which sets forth additional mediation requirements

party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.04.

8. <u>Trial</u>: This case will go to trial during the **June 16, 2026** term of court.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

June 10, 2025
Charleston, South Carolina

---

applicable to this case available at www.scd.uscourts.gov.