# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| John Panico and Patricia Panico, ) | Civil Action No.: 2:25-cv-03181-DCN |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **DEFENDANT'S NOTICE OF MOTION** |
| ) | **AND MOTION TO COMPEL** |
| Joshua Marro, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO:   KELSEY E. SAALMANN, ESQUIRE AND COOPER KLAASMEYER, ESQUIRE, ATTORNEYS FOR PLAINTIFFS:

YOU WILL PLEASE TAKE NOTICE that pursuant to Rules 33, 34, and 37 of the Federal Rules of Civil Procedure, Defendant hereby moves for an Order compelling Plaintiffs to respond to Defendant's First Set of Interrogatories to Plaintiff and First Set of Requests for Production to Plaintiff served June 10, 2025. Defendant's First Set of Interrogatories are attached hereto as Exhibit 1, and Defendant's First Set of Requests for Production of Documents to Plaintiff are attached hereto as Exhibit 2.  Moreover, correspondence to Plaintiff dated June 10, 2025, is attached hereto as Exhibit 3.  Correspondence to Plaintiff's counsel requesting responses to past due discovery dated August 8, 2025, is attached hereto as Exhibit 4, and Defendant's letter to counsel requesting responses to discovery dated September 22, 2025, is attached hereto as Exhibit 5.

Despite multiple requests for responses to discovery, Plaintiffs have failed to provide the information set forth in these documents.

This is an automobile action wherein both Plaintiffs are from the State of Florida and allege injuries resulting from an accident occurring on Interstate 95. Defendant needs responses to this discovery so that he can have adequate information to depose Plaintiffs and other potential witnesses who Defendant anticipates will be disclosed in discovery responses.

Defendant requests that the Court rule on this matter within ten (10) days hereof or as soon thereafter as the matter can be heard and requests his costs and attorney's fees pursuant to the Rules.

Respectfully submitted,

s/ Julius W. McKay, II
Julius W. McKay, II, Esq. (SC Bar 2674)
The McKay Firm, P.A.
3700 Forest Dr., Ste. 404 (29204)
P. O. Box 7217
Columbia, SC 29202
T: (803) 256-4645
F: (803) 765- 1839
**Attorneys for Defendant**

Columbia, South Carolina
September 24, 2025