

# The McKay Firm, P.A.

3700 Forest Drive, Suite 404 (29204)
Post Office Box 7217 (29202)
Columbia, South Carolina

(803) 256-4645  Telephone
(803) 765-1839  Fax

www.McKayFirm.com

Julius W. McKay II
Partner

(803) 705-2154  Direct
JMcKay@McKayFirm.com

June 10, 2025

**EMAIL ONLY**
Kelsey H. Saalman, Esquire
Cooper Klaasmeyer, Esquire
Morgan & Morgan
4401 Belle Oaks Dr., Ste 300
North Charleston, South Carolina 29405

Re:   John Panico and Patricia Panico v. Joshua Marro
      Colleton County Civil Action No.: 2025-CP-15-00114
      US District Court Civil Action No.: 2:25-cv-03181
      Our File No.: 450-010

Dear Kelsey and Cooper:

Enclosed please find a copy of ***Defendants First Set of Interrogatories to Plaintiff and First Set of Requests for Production to Plaintiff,*** in the above-referenced matter which we herewith serve upon you.

If you have any questions whatsoever, please feel free to contact me.

Sincerely,

*s/Julius W. McKay, II*

Julius W. McKay, II

JWM,ii/saj
Enclosures

cc:   Christopher W. Nickles, Esquire