

# The McKay Firm, P.A.

3700 Forest Drive, Suite 404 (29204)
Post Office Box 7217 (29202)
Columbia, South Carolina

(803) 256-4645  Telephone
(803) 765-1839  Fax

www.McKayFirm.com

Julius W. McKay II
Partner

(803) 705-2154  Direct
JMcKay@McKayFirm.com

August 8, 2025

**EMAIL ONLY**
Kelsey H. Saalman, Esquire
Cooper Klaasmeyer, Esquire
Morgan & Morgan
4401 Belle Oaks Dr., Ste 300
North Charleston, South Carolina 29405

Re:   John Panico and Patricia Panico v. Joshua Marro
      Colleton County Civil Action No.: 2025-CP-15-00114
      US District Court Civil Action No.: 2:25-cv-03181
      Our File No.: 450-010

Dear Kelsey and Cooper:

I am following up to my June 10, 2025 letter serving a copy of Defendant's First Set of Interrogatories to Plaintiff and First Set of Requests for Production to Plaintiff, in the above-referenced matter. A copy of the discovery is attached. I am respectfully requesting the responses on or before August 18, 2025. If you need additional time, please let me know.

   Per Rule 11, SCRCP, I am attempting in good faith to resolve this matter prior to filing a motion.

   Thank you for your attention to this matter. If you have any questions, please feel free to contact me.

                           Sincerely,

                           *s/Julius W. McKay, II*

                           Julius W. McKay, II

JWM,ii/saj
Enclosures

cc:   Christopher W. Nickles, Esquire