

# The McKay Firm, P.A.

3700 Forest Drive, Suite 404 (29204)
Post Office Box 7217 (29202)
Columbia, South Carolina

(803) 256-4645  Telephone
(803) 765-1839  Fax

www.McKayFirm.com

Julius W. McKay II
Partner

(803) 705-2154  Direct
JMcKay@McKayFirm.com

September 22, 2025

**EMAIL ONLY**
Kelsey H. Saalman, Esquire
Cooper Klaasmeyer, Esquire
Morgan & Morgan
4401 Belle Oaks Dr., Ste 300
North Charleston, South Carolina 29405

    Re:    John Panico and Patricia Panico v. Joshua Marro
            US District Court Civil Action No.: 2:25-cv-03181
            Our File No.: 450-010

Dear Kelsey and Cooper:

    I am writing to follow up on my correspondence of June 10, 2025, serving Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents. I wrote again on August 8, 2025. To date, I do not have any responses to these, and they are quite overdue. Please get them to me as soon as possible or I will be forced to file a Motion to Compel, which is a waste of time for everyone since I am entitled to the documents. In any event, this letter serves as a Rule 11 notice regarding discovery.

    Once I get discovery, I need to get dates to take the depositions of your clients and a place to depose them.

    I look forward to hearing from you.

                                Sincerely,

                                *s/Julius W. McKay, II*

                                Julius W. McKay, II

JWM,ii/drd

cc:  Christopher W. Nickles, Esquire