

# The McKay Firm, P.A.

3700 Forest Drive, Suite 404 (29204)
Post Office Box 7217 (29202)
Columbia, South Carolina

(803) 256-4645  Telephone
(803) 765-1839  Fax

www.McKayFirm.com

Julius W. McKay II
Partner

(803) 705-2154  Direct
JMcKay@McKayFirm.com

October 3, 2025

The Honorable David C. Norton
U.S. District Court Judge
U.S. District Court Charleston Division
Post Office Box 835
Charleston, South Carolina 29402

    Re:    John Panico and Patricia Panico v. Joshua Marro
           US District Court Civil Action No.: 2:25-cv-03181
           Our File No.: 450-010

Dear Judge Norton:

    I am writing to advise our Motion to Compel (ECF 13) has been resolved. Plaintiff's counsel has responded to our discovery request prior to your Order today. Therefore, our motion is moot, and I am withdrawing it.

    Please let me know if you require any additional information.

    Thank you for your time and assistance. If you have any questions, please feel free to contact me.

    Sincerely,

    *s/Julius W. McKay, II*

    Julius W. McKay, II

JWM,ii/saj

cc:    Kelsey H. Saalman, Esquire
        Cooper Klaasmeyer, Esquire
        Christopher W. Nickles, Esquire