IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John Panico and Patricia Panico,<br><br>*Plaintiffs*,<br><br>vs.<br><br>Joshua Marro,<br><br>*Defendants*. | Case No.: 2:25-cv-3181-DCN<br><br>**PLAINTIFF'S RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |

Plaintiffs John Panico and Patricia Panico hereby submit their expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Plaintiffs have not retained any expert witnesses pursuant to Rule 26(a)(2)(B) at this time.

Plaintiffs reserve the right to call their treatment providers as witnesses. Plaintiffs anticipate that their treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiffs reserve the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiffs' injuries. Plaintiffs' treating providers who may be called testify at trial and are known at this time are as follows:

**JOHN PANICO**:

1. **Jayson A. Lord, MD**

   Dr. Lord is a board-certified radiologist who has read the magnetic resonance imaging of Plaintiff, John Panico's left hip. Dr. Lord is expected to testify regarding his opinions of the imaging consistent with Dr. Lord's medical records.

2. **R. Brian Williams, D.O.**

   Dr. Williams is an orthopaedic physician who has provided treatment for Plaintiff's hip, neck, back, and shoulder injuries following this crash. Dr. Williams is expected to testify regarding his treatment of Plaintiff's injuries, his opinions regarding the causation of Plaintiff's injuries, and his recommendations for future care, consistent with his medical records.

**PATRICIA PANICO**

1. **Amy Condos, M.D.**

   Dr. Condos is a board-certified radiologist who has read the magnetic resonance imaging of Plaintiff, Patricia Panico's lumbar and cervical spine. Dr. Condos is expected to testify regarding his opinions of the imaging consistent with Dr. Condos's medical records.

2. **R. Brian Williams, D.O.**

   Dr. Williams is an orthopaedic physician who has provided treatment for Plaintiff's hip, neck, back, and shoulder injuries following this crash. Dr. Williams is expected to testify regarding his treatment of Plaintiff's injuries, his opinions regarding the causation of Plaintiff's injuries, and his recommendations for future care, consistent with his medical records.

3. **Dr. Thomas Pearson, M.D.**

   Dr. Pearson is a neurologist physician who has provided treatment for Plaintiff's injuries following this crash. Dr. Pearson is expected to testify regarding his treatment of Plaintiff's injuries, his opinions regarding the causation of Plaintiff's injuries, and his recommendations for future care, consistent with Dr. Pearson's medical records.

   Because Plaintiff's medical care is ongoing, Plaintiffs reserve the right to supplement their list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiffs also reserve the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiffs' behalf. Plaintiffs further reserve the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

(SIGNATURE LINE TO FOLLOW)

                          **MORGAN & MORGAN, P.A.**
By:     /s/Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
E-Mail: cooper.klaasmeyer@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5438
*Counsel for Plaintiff*

North Charleston, SC
November 18, 2025