**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| John Panico and Patricia Panico,<br><br>        Plaintiff,<br><br>vs.<br><br>Joshua Marro,<br><br>        Defendants. | Case No.:  2:25-cv-3181-DCN<br><br>**SECOND AMENDED CONFERENCE<br>AND SCHEDULING ORDER** |

   Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the court hereby establishes the following schedule for this case:

1.  Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:
     Plaintiff:  **February 16, 2026**
     Defendant: **March 20, 2026**

2.  Discovery: Discovery shall be completed no later than **July 8, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

3.  Motions in Limine: Motions in limine must be filed **at least three weeks prior to jury selection.**

4.  Dispositive Motions and Daubert Motions: All dispositive motions and all Daubert motions shall be filed on or before **August 7, 2026.**[1]

---

[1] The court routinely schedules hearings on substantive motions. The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.

5.  <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **August 29, 2026**.[2] Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

6.  <u>Trial</u>: This case will go to trial during the term of court beginning **September 14, 2026**.

AND IT IS SO ORDERED

_____
Hon. David C. Norton
United States District Judge

December 12, 2025
Charleston, South Carolina

---

[2] Standing Order to Conduct Mediation of Judge Norton, which sets forth additional mediation requirements applicable to this case available at www.scd.uscourts.gov.