# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| John Panico and Patricia Panico,  ) | Civil Action No.: 2:25-cv-03181-DCN |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | **CONSENT ORDER ON CONTROL OF** |
| ) | **DEFENSE AND RELIEVING COUNSEL** |
| Joshua Marro,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

This matter comes before the Court on motion of Julius W. McKay, II, Esquire, with the consent of Christopher W. Nickels, Esquire, attorney for Auto Club South Insurance Company, the purported underinsured motorist carrier for the Plaintiffs, to be relieved as counsel.

It appears to the satisfaction of the Court that the Plaintiffs, the Defendant, and Farmers and Mechanics Insurance Companies have entered into a Covenant Not to Execute which protects the Defendant and Farmers and Mechanics Insurance Companies from any further liability in this matter. Plaintiff continues to pursue this action for the purpose of collecting purported underinsured motorist coverage under § 38-77-160 of the South Carolina code.

It further appears to the satisfaction of the Court that Auto Club South Insurance Company has exercised its right to assume the control of the defense and that it is appropriate for Mr. McKay to withdraw from the active defense of this action.

It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Auto Club South Insurance Company Company and Christopher W. Nickels, Esquire, shall have the right to control the defense of this action in the name of the Defendant, Joshua Marro, and that Julius W. McKay, II, Esquire, be allowed to withdraw as counsel for the Defendant.

**AND IT IS SO ORDERED**.

                                                                                            _____
                                                                                            David C. Norton
                                                                                            United States District Judge

Charleston, South Carolina
_____, 2026

**WE CONSENT:**

MORGAN & MORGAN

*s/Cooper Klaasmeyer*
Kelsey H. Saalman, Esquire Fed. ID No.
Cooper Klaasmeyer, Esquire Fed. ID No. 14272
4401 Belle Oaks Dr., Ste 300 North Charleston, SC 29405
Office: (843) 973-5180
Direct Telephone: (854) 222-6506
Emails: ksaalmann@forthepeople.com;
　　　　Cooper.klaasmeyer@forthepeople.com
*Attorneys for Plaintiffs*

**WE CONSENT:**

THE MCKAY FIRM, P.A.

*s/Julius W. McKay, II*
Julius W. McKay, II, Fed. ID No. 2674
Jacob A. Biltoft, Fed. ID No. 13787
3700 Forest Dr., Suite 404 (29204)
P. O. Drawer 7217
Columbia, SC   29202
(803) 256-4645
Emails:  jaymckay@mckayfirm.com
　　　　jbiltoft@mckayfirm.com
*Attorneys for Defendant*

**WE CONSENT:**

CLAWSON AND STAUBES, LLC

*s/Christopher W. Nickels*
Christopher W. Nickels, Esquire
Fed. ID No. 7709
126 Seven Farms Drive, Suite 200
Charleston, South Carolina 29492
Phone:  (843) 577-2026
Direct:  (843) 720-0806
Fax:  (843) 722-2867
Email:  chris@cslaw.com
*Attorney for UIM Auto Club South Insurance Company*